Thomas J. Leanse (Cal. Bar No. 84638)
Thomas.Leanse@kattenlaw.com
Logan M. Elliott (Cal. Bar No. 268105)
Logan.Elliott@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Petitioner
CIM/H&H RETAIL, L.P.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIM/H&H RETAIL, L.P., | CASE NO. 2:11-cv-10016-R (SSx) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| BONHAM & ASSOCIATES, | |
| Respondent. | |

WHEREAS, Petitioner CIM/H&H Retail, L.P. ("CIM") filed a Petition to Confirm Arbitration Award and Enter Judgment ("Petition") in December 2011; and

WHEREAS, on January 17, 2012, the Court in Department 8 heard and, upon good cause shown, granted the Petition; and

WHEREAS, for good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CIM has Judgment in its favor, and against Respondent BONHAM & ASSOCIATES ("B&A"), as follows:

(1)   The arbitration award rendered on July 20, 2011 by the American Arbitration Association's International Centre for Dispute Resolution ("ICDR") in the

1

**[PROPOSED] JUDGMENT**

31604745_1

arbitration proceeding entitled *Bonham & Associates v. CIM/H&H Retail, L.P.*, ICDR Case No. 50-147-T-00643-10 (the "Arbitration Award"), and attached to the Petition as Exhibit 5, is confirmed in its entirety; and

  (2) B&A shall pay to CIM the sum of $331,053.57.

DATED:_JAN. 23, 2012_____

          _____
          United States District Judge